UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PRAIRIE BAND POTAWATOMI NATION,<br><br>Plaintiff,<br><br>v.<br><br>STEVEN T. MNUCHIN, in his official capacity as SECRETARY, UNITED STATES DEPARTMENT OF THE TREASURY,<br><br>Defendant. | Case No.: 20-cv-01491 |

## NOTICE OF APPEAL

Notice is hereby given this 15th day of June, 2020, that Prairie Band Potawatomi Nation hereby appeals to the United States Court of Appeals for the District of Columbia Circuit from the order of this Court entered on the 11th day of June, 2020 (Doc. 22) denying Prairie Band Potawatomi Nation's motion for a preliminary injunction (Doc. 2) in this matter.

Dated this 15th day of June, 2020.                LIPPES MATHIAS WEXLER FRIEDMAN LLP

                                                      Carol E. Heckman*
                                                      James P. Blenk*
                                                      Lee M. Redeye*
                                                      50 Fountain Plaza, Suite 1700
                                                      Buffalo, New York 14202
                                                      Telephone: (716) 560-7744
                                                      checkman@lippes.com
                                                      jblenk@lippes.com
                                                      lredeye@lippes.com
                                                      *Admitted *Pro Hac Vice*

                                                      -and-

1

*/s/* Michael G. Rossetti
Michael G. Rossetti, DC Bar No. 477122
1900 K Street, NW, Suite 730
Washington, DC 20006
Telephone: (202) 888-7610
mrossetti@lippes.com
*Counsel for the Prairie Band Potawatomi Nation*

## CERTIFICATE OF SERVICE

I hereby certify that on this 15th day of June, 2020, I electronically filed the foregoing Notice of Appeal by using the CM/ECF system. All parties to the case have been served through the CM/ECF system.

By:     *s/Michael G. Rossetti*