UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| PRAIRIE BAND POTAWATOMI NATION<br><br>Plaintiff,<br><br>v.<br><br>STEVEN T. MNUCHIN, in his official capacity as SECRETARY, UNITED STATES DEPARTMENT OF THE TREASURY<br><br>Defendant. | Case No.: 20-cv-01491-APM<br><br><br>**<u>NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE</u>** |

Plaintiff, the Prairie Band Potawatomi Nation ("Prairie Band Potawatomi"), hereby gives notice of its voluntary dismissal of the above-captioned matter, without prejudice, pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure.

On June 8, 2020, Prairie Band Potawatomi filed this action seeking a declaratory judgment, a temporary restraining order, and a preliminary injunction to stop the disbursement of $3.2 billion in Title V funds appropriated by Congress for Tribal governments under the CARES Act. ECF No. 1. This Court denied Prairie Band Potawatomi's request for a temporary restraining order and preliminary injunction in its Memorandum Opinion and Order, dated June 11, 2020. ECF No. 22. Prairie Band filed a Notice of Appeal to the D.C. Circuit Court on June 15, 2020. ECF No. 26.

Treasury has not served an Answer, or moved for Summary Judgment, and Prairie Band Potawatomi hereby gives notice of its intent to voluntarily dismiss this action without prejudice.

[SIGNATURE ON NEXT PAGE]

Respectfully submitted July 9, 2020.

LIPPES MATHIAS WEXLER FRIEDMAN LLP

Carol E. Heckman*
Lee M. Redeye*
James P. Blenk*
50 Fountain Plaza, Suite 1700
Buffalo, New York 14202
Telephone: (716) 560-7744
checkman@lippes.com
jblenk@lippes.com
lredeye@lippes.com
*Admitted *Pro Hac Vice*

-      and      -

s/ Michael G. Rossetti, DC Bar No. 477122
1900 K Street, NW
Suite 730
Washington, DC 20006
Telephone: (202) 888-7610

*Counsel to Prairie Band Potawatomi Nation*